Ex Parte

Raymond David Jr.

Cause No. 2012-CR-2293-W1 48,289-08

WR- 48.289-08

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 03 2015
Abel Acosta, Clerk

To The Honorable Clerk of the Court of Criminal Appeals;

1. The following Exhibits are in support of a Post-Conviction Writ of habeas Corpus filed with the District Clerk November of 2014:

2.) The Judge of the 290th Judicial District Melisa Skinner, made a findings of fact and conclusion of law on Oct 5. 2015

3). Applicant Raymond Daniels Jr. presented copys of Police Reports; Notarize letters to the Convicting Judge, and also letters of Complaints to Attorney listed as Exhibits A thru D. along with his Post-Conviction Writ of habeas Corpus.

4. Applicant has sent the Same copies to the Court of Criminal Appeals in case they have been Removed from his Original Application.

Raymond D. Jr.

MR. TOCCI:

I AM HOPING YOU HAVE FILED FOR AN INVESTIGATOR FOR MY CASES. WE NEED PICTURES OF THE FRONT OF THE HOUSE AT 158 HOLLIDAY PLUS THE DRIVEWAY OF THE HOUSE AND PICTURES OF THE BACK OF THE HOUSE IN APARTMENT# 3 WHICH IS A SMALLER HOUSE WHERE I ACTUALLY LIVED, FOR CAUSE# 3597 AGG ASSAULT W/ DEADLY WEAPON, AND SUBPOENA THE PLUMBER MR. BARNES FROM 1st PRIORITY PLUMBING.

IN CAUSE# CR-2293, FELON IN POSSESION OF FIREARM, WE NEED AN INVESTIGATOR TO GET TRAFFIC CITATIONS THAT OFFICER RAMOS WROTE IN BETWEEN THE HOURS OF 9:00pm AND 10:00pm, IT WILL PROVE HE WAS NOT GOING NORTH ON PRESA BUT WERE WRITING CITATIONS TO ANOTHER VEHICLE BEFORE THEY GOT BEHIND US ON THE NIGHT OF NOV 9, 2012, PLUS ANOTHER CITATION HE WROTE ME ON OTHER TRAFFIC STOP, HE USED STOP SIGN FOR REASON, ALSO Subpoewn Juan Rosas Driver RDJR

WE NEED A MOTION TO QUASH INDICTMENT, A MOTION FOR GASKIN MATERIAL, A MOTION FOR BRADY MATERIAL, A MOTION FOR EVIDENCE FAVORABLE TO DEFENDANT, A PRETRIAL HEARING MOTION AND DISCOVERY MOTIONS. I NEED YOU TO SIGN ON MY MEMORANDUM IN SUPPORT OF THE MOTION TO SUPPRESS IN CAUSE# CR-2293 FELON IN POSSESION FIREARM, ATTACKING THE STOP SEARCH AND NEGLECT OF DUTY PURSUANT ARTICLE 2.03 OF THE TEXAS CODE OF CRIMINAL PROCEDURE, BECAUSE THE OFFICER ON THE PASSENGER SIDE DID NOT WRITE REPORT, DUE PROCESS VIOLATION

WE NEED MOTION TO DISMISS INSUFFICIENT EVIDENCE, A MOTION TO DISCOVER THE CRIMINAL RECORD OF WITNESS, A MOTION FOR GASKIN MATERIAL , A MOTION FOR BRADY MATERIAL, A MOTION TO QUASH INDICTMENT, AND A MOTION TO SUPPRESS. I NEED YOU TO SIGN ON TO MY MEMORANDUM IN SUPPORT OF THE MOTION TO SUPPRESS, ATTACKING THE RECKLESS DISREGARD OF TRUTH IN SEARCH WARRANT AFFIDAVIT IN CAUSE# CR-3597.

I NEED YOU TO TAKE TIME OUT TO COME AND VISIT ME BECAUSE WE HAVE WAISTED 60 DAYS ALREADY AND MY DEFENSE IS BECOMING IMPAIRED. I HAVE ALL OF THESE ABOVE MOTIONS ON FILE ALREADY PRO SE, PLEASE VISIT ME SO WE CAN COME TO AN AGREEMENT ON HOW WE ARE GOING TO FIGHT MY CASES.

PLEASE DONT FORGET ABOUT THE INVESTIGATOR.

THANK YOU!!

10/12/12

IMELDA FIGUEROA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-11-2015

RESPECTFULLY:

RAYMOND DANIELS
OCTOBER-12-2012
RDJR.

Exhibit

DEAR HONORABLE JUDGE MELISA SKINNER:

I MET WITH MY ATTORNEY JAMES V. TOCCI FOR THE FIRST TIME AUGUST 3, 2012, HE TOLD ME HE WOULD VISIT ME 2 WEEKS FROM AUGUST 3, 2012, BUT HE NEVER SHOWED UP. MY NEXT COURT DATE WAS ON SEPTEMBER 21, 2012, HE WASNT THERE AND I WAS RESET UNTIL SEPTEMBER 25, 2012, HE SHOWED UP AND I EXPRESSED MY CONCERNS ABOUT MY DEFENSE BEING IMPAIRED BECAUSE I NEED AN INVESTIGATOR TO TAKE PICTURES OF ALLEGED CRIME SCENE, LOCATE 2 WITNESSES AND ALSO GET SOME KIND OF RECORD OF TRAFFIC CITATIONS WRITTEN IN ANOTHER CAUSE. I HAVE 2 ALLEGED FELONY OFFENSES IN 290th DISTRICT COURT, CAUSE# CR 2293, CR 3597, I NEED WITNESSSES SUBPOENAED IN BOTH CASES. I KNOW MR. TOCCI IS A GOOD ATTORNEY HE MAY BE REALLY BUSY WITH OTHER CLIENTS. NOW MY COURT DATE IS SET FOR NOVEMBER 9th, 2012, I NEED THE INVESTIGATOR TO BE WORKING NOW BECAUSE MY INNOCENCE IS BECOMING IMPAIRED, WE HAVE WASTED 50 or 60 DAYS AND WHEN NOVEMBER 9th GETS HERE 100 OR MORE. I HAVE MOTIONS ON FILE PRO SE AND MEMORANDUMS I NEED MY ATTORNEY TO SIGN ON THEM. AT THIS POINT HE HAS ONLY FILED 1 MOTION AND I CANNOT GO TO TRIAL WITHOUT CERTAIN MOTIONS BECAUSE I WILL HAVE NOTHING TO PRESERVE ERROR IN THE EVENT OF APPEAL.

THANK YOU FOR BOTH YOUR TIME AND EFFORT!!

RESPECTFULLY:

*Raml Dan Jr.*

RAYMOND DANIELS SID# 358196
OCTOBER-1-12

10/1/12
IMELDA FIGUEROA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-11-2015

Exhibit A.

THE STATE OF TEXAS

VS

RAYMOND DANIELS JR.

IN THE DISTRICT COURT

290th JUDICIAL DISTRICT

BEXAR COUNTY TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

MY NAME IS RAYMOND DANIELS JR ,THIS is my second letter to you regarding my concern of my defense becoming impaired,my court dates have been AUGUST 3rd 2012 ,september 21st 2012 september 25 2012,NOVEMBER 9th 2012,and i have a court date set now for JANUARY 25th 2013,at this point my attorney JAMES V TOCCI HAS yet to ask the court for an investigator for both of my criminal cases cause no.2011cr2293, CAUSENOCR 3597,ihave witnesses that need to be subpeonaed in both cases also in causenocr2293 i need pictures of intersection and record of previous traffic citation written by officer felipe ramos ,incausenocr3597 in causenocr3597 i need pictures of residents at 158 halliday front house and back house where i actually live.

IMELDA FIGUEROA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-11-2015

1/10/13

thankyou

# 358196

1-10-13

Exhibit B

2295



# San Antonio
# Police

| Offense Case # |
| --- |
| SAPD11281979 |
| **Offense Description** |
| FELON POSS FIREARM |
| **Date / Time Occured** |
| 11/9/11  9:51 pm  **to**  11/9/11  9:51 pm |

| Offense Location | City | State | Zip |
| --- | --- | --- | --- |
| 3600 S. PRESA | SAN ANTONIO | TX | |

| Reporting Officer Name | Badge |
| --- | --- |
| RAMOS, FELIPE | 0206 |

## ARESTEE

| Name | DOB | Age |
| --- | --- | --- |
| DANIELS, RAYMOND | 05/02/1965 | 46 |

**Home Address:** 158 HALLIDAY AVE  SAN ANTONIO  TX  78210

## SUSPECT

| Name | DOB | Age |
| --- | --- | --- |
| ROSAS, JUAN | 07/07/1964 | 47 |

## VICTIM

| Name | DOB | Age |
| --- | --- | --- |
| | | |

## VEHICLE

| Year | Make | Model |
| --- | --- | --- |
| 1995 | CHEV | BER |

## PROPERTY

| Type | Description | Brand | Model | Color |
| --- | --- | --- | --- | --- |
| | | | | |

Exhibit D

2293

**NARRATIVE**

On the listed date and time I was on patrol with (W1). (W1) and I were both in a marked police vehicle while in full police uniform. We were traveling north on S. Presa when the listed vehicle darted out from Halliday (westbound) and made a very quick right turn (north) onto S. Presa. The vehicle completely disregarded the posted stop sign at the listed intersection. I had to slam on my brakes to avoid colliding with the suspect vehicle. The vehicle also had a light dangling from its rear bumper that was covering the lettering of the rear license plate. Due to the traffic violations we activated our overhead lights and conducted a traffic stop of the vehicle at the listed location. As (W1) and I walked up to the vehicle, (W1) approached from the passenger side while I approached from the drivers. As I made contact with the driver (SP1) I noticed he appeared to be visibly nervous. While I was speaking to the (SP1) I noticed the passenger (AP1) was concealing his right hand into his open jacket. The (AP1) was asked to remove his hands and to place them on his lap for our safety. I asked the (AP1) for a form of ID and he advised me that he did not have any. The (AP1) then began to nervously dig into his pockets after he had already advised me that he had no form of ID. As the (AP1) was moving around and digging in his pockets I noticed he had his left arm firmly pressed up against his left side. His left arm was not moving as if he was trying to prevent something from falling out. At this point (W2) an (W3) had arrived on scene to provide cover. Due to the way (AP1) was concealing his hand and the way he had his arm pressed on his side, (AP1) was asked to exit the vehicle to be frisked for weapons for our safety. As soon as (AP1) exited (W1) began to frisk the (AP1) and immediately felt (E) inside the (AP1)'s right jacket pocket. The (W)'s quickly took (AP1) into custody without incident. The (AP1) was searched and then placed in our patrol car under arrest for felon possessing firearm. The (AP1) also had money on him in small stacks which is consistent with those involved in the illegal sale of narcotics. The (AP1)'s phone would not stop ringing and it had numerous messages for people asking for narcotics. The (SP1) was cited for the traffic violations and released. The (AP1) was transported to 401 S. Frio for booking and the (E) was placed in the SAPD property room.

THis behavior is consistent with innocent Activety. As with criminal Activety. being that Defendant is sitting in a vehicle with seat belt on Arms Naturally stay Press to your side.

Privacy interest in cell phones
4th Amend.
City of Ontario V. Quon, 2010 WL. 2400087

Definition of Dart / Dartedy's not a word
A Sudden Rapid movement
or/ To move oR Thurst Suddenly.

Definition of disregard- to ignore / Treat without proper Attention/

Neglect.

Tex proc 40
Sec. 1001 Traffic stop.